# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CDN INNOVATIONS, LLC<br><br>                      Plaintiff,<br><br>v.<br><br>GRANDE COMMUNICATIONS NETWORKS, LLC<br><br>                      Defendant. | **Civil Action No. 4:20-cv-653-SDJ**<br><br>**JURY TRIAL DEMANDED** |

## **JOINT MOTION AND STIPULATION OF PARTIAL DISMISSAL**

Plaintiff CDN Innovation, LLC ("CDN" or "Plaintiff") and Defendant Grande Communications Networks, LLC ("Grande" or "Defendant") submit the following Joint Motion and Stipulation of Partial Dismissal and respectfully state as follows:

Plaintiff hereby stipulates and dismisses Count 1 (Infringement of U.S. Patent No. 7,006,844) and Count 2 (Infringement of U.S. Patent No. 7,860,462) of its Complaint (Dkt. 1) against Defendant, with prejudice.  Defendant agrees and hereby stipulates to such dismissal.

Therefore, Plaintiff and Defendant respectfully request that the Court enter an order dismissing Count 1 and Count 2 of Plaintiff's Complaint with prejudice.

The parties agree that each party will bear its own fees and costs for claims relating to U.S. Patent No. 7,006,844 and U.S. Patent No. 7,860,462.

Dated: January 6, 2021

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
Timothy Devlin
tdevlin@devlinlawfirm.com
James M. Lennon
jlennon@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff CDN Innovations, LLC*

ARMSTRONG TEASDALE LLP

*/s/ Richard L. Brophy*
Richard L. Brophy
rbrophy@armstrongteasdale.com
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

*Attorney for Defendant Grande Communications Networks, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 6, 2021.

/s/ *James M. Lennon*
James M. Lennon