# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CDN INNOVATIONS, LLC<br><br>        Plaintiff,<br><br>v.<br><br>GRANDE COMMUNICATIONS NETWORKS, LLC<br><br>        Defendant. | Civil Action No. 4:20-cv-653-SDJ<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF NO DISPUTED PRIVILEGED MATERIALS

Pursuant to Section J of the Order Governing Proceedings (D.I. 12) and the Scheduling Order (D.I. 16), Plaintiff CDN Innovation, LLC ("CDN" or "Plaintiff") and Defendant Grande Communications Networks, LLC ("Grande" or "Defendant") hereby notify the Court that the parties have agreed there is no need to generate privilege logs after the filing date of the original Complaint and hereby notify the Court that the parties currently have no disputes concerning privileged documents and information.

Dated: February 16, 2021

DEVLIN LAW FIRM LLC

/s/ James M. Lennon
Timothy Devlin
tdevlin@devlinlawfirm.com
James M. Lennon
jlennon@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff CDN Innovations, LLC*

ARMSTRONG TEASDALE LLP

/s/ Richard L. Brophy
Richard L. Brophy
rbrophy@armstrongteasdale.com
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

*Attorney for Defendant Grande Communications Networks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 16, 2021.

/s/ *James M. Lennon*
James Lennon