UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CDN INNOVATIONS, LLC | § |
| | § |
| v. | §   CIVIL NO. 4:20-CV-653-SDJ |
| | § |
| GRANDE COMMUNICATIONS NETWORKS, LLC | § |

## ORDER

Having considered the parties' Joint Claim Construction and Prehearing Statement, (Dkt. #24), and having considered the factual and legal issues in this action, the Court **ORDERS** that Plaintiff's opening claim-construction brief and Defendant's responsive claim-construction brief are hereby limited to no more than **forty pages each**. Plaintiff's reply brief, if any, is limited to no more than **twenty pages**.

So ORDERED and SIGNED this 11th day of May, 2021.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE