# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

TECHNICAL ADVISOR:
Scott Woloson

**CDN INNOVATIONS, LLC**

v.                                                                                          Case No. 4:20cv653

**GRANDE COMMUNICATIONS NETWORKS, LLC**


PLAINTIFF:  James Lennon

DEFENDANT: Kyle Gottuso, Wenkai Tzeng


     This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 6/28/2021.

**Markman Hearing**

| Time | Event |
|---|---|
| 1:04 pm | The court called the case, noting the appearance of counsel and parties. |
| 1:05 pm | Court discusses logistics with the parties. |
| 1:07 pm | Markman hearing begins. |
| 2:01 pm | Court recesses for 10 minutes. |
| 2:13 pm | Court resumes. |
| 3:21 pm | Court recessed until 3:30 pm. |

3:36 pm     Court resumes.

4:07 pm     Court adjourned.