UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CDN INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GRANDE COMMUNICATIONS NETWORKS, LLC,<br><br>　　　Defendant. | CIVIL ACTION NO.  4:20-cv-653-SDJ |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

　　Plaintiff CDN Innovations, LLC ("Plaintiff") and Defendant Grande Communications Networks, LLC ("Defendant") have reached an agreement in principle that resolves all matters in controversy between them in the above-entitled and numbered action.  The parties expect to jointly file a dismissal with prejudice of all claims between them within 30 days.  Accordingly, the parties respectfully request the Court stay all pending deadlines between them for 30 days, up to and including November 8, 2021.  Plaintiff and Defendant request this stay, not for purposes of any delay, but so that they may finalize and file dismissal papers without incurring additional expenses.

Dated:  October 8, 2021  Respectfully submitted,

By: */s/ James M. Lennon*

Timothy Devlin
tdevlin@devlinlawfirm.com
James M. Lennon
jlennon@devlinlawfirm.com
Mariam Clayton
mclayton@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff* CDN INNOVATIONS, LLC


By: */s/ Kyle Gottuso*

Richard L. Brophy
rbrophy@atllp.com
Kyle Gottuso
kgottuso@atllp.com
Andrew Whitehead
awhitehead@atllp.com
Wenkai Tzeng
wtzeng@atllp.com
Chris Katsantonis
ckatsantonis@atllp.com
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

*Attorneys for Defendant Grande Communications Networks, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 8, 2021 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                         */s/ James M. Lennon*
                                         James M. Lennon